

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-76,313-01

### EX PARTE RACHEL RAMIREZ, ZAVALA COUNTY DISTRICT CLERK, Respondent

### ORDER TO APPEAR AND SHOW CAUSE FOR FAILURE TO RESPOND TO ABEYANCE ORDER FROM ZAVALA COUNTY

*Per curiam*. **RICHARDSON, J., not participating.**

### O R D E R

On September 13, 2017, this Court issued an order requiring the Respondent, the Zavala County District Clerk, to file a response and show cause why Respondent should not be held in contempt of this Court for failing to respond to this Court's September 7, 2011, abeyance order. To date no response has been received from said District Clerk of Zavala County, in violation of the Court's order requiring a response on or before October 13, 2017.

Before holding the Zavala County District Clerk in contempt, we want to hear from the Clerk in person. Therefore, we order Rachel Ramirez, District Clerk of Zavala County

to appear before this Court at 9:00 a.m. on Wednesday, December 6th, to offer further explanation and address any questions propounded by the Court about the matter.

It is further ordered by this Court that the Clerk of this Court shall issue Notice to Appear and Show Cause commanding Rachel Ramirez to appear and show cause, in the manner and within the time specified in this order, why she should not be sanctioned by this Court for failing to adequately respond to this Court's orders.  A copy of this order shall accompany the Notice.

IT IS SO ORDERED THIS THE 15TH DAY OF NOVEMBER, 2017.

Do Not Publish